UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHALLA ALFARO BRITTANY,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK NA,<br><br>Defendant. | No. 2:16-cv-1351 TLN CKD PS<br><br><br><br>ORDER AND<br><br>ORDER TO SHOW CAUSE |

    Plaintiff has not paid the fee ordinarily required to file an action in this court, and has filed an incomplete application to proceed without prepayment of fees. See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff states she receives disability income, monthly annuities, a monthly inheritance and rent payments but does not set forth the amounts. Plaintiff will be provided the opportunity to submit either the appropriate affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee. If plaintiff submits another affidavit, she must set forth precisely the amounts she receives from disability payments, monthly annuities, monthly inheritance and rent payments.

    In the form complaint, plaintiff alleges federal question subject matter jurisdiction. However, the complaint does not set forth the basis for this allegation. It appears plaintiff is attempting, through this action, to have her disability checks direct-deposited into the defendant bank. Plaintiff is advised that this forum is not an appropriate mechanism to achieve the result

1  plaintiff desires.  A more efficacious avenue may be to direct such inquiries to the Social Security
2  administration, if that is the source of plaintiff's disability checks.
3      The federal courts are courts of limited jurisdiction.  In the absence of a basis for federal
4  jurisdiction, plaintiff's claims cannot proceed in this venue.  Because there is no basis for federal
5  subject matter jurisdiction evident in the complaint, plaintiff will be ordered to show cause why
6  this action should not be dismissed.  Failure to allege a proper basis for subject matter jurisdiction
7  will result in a recommendation that the action be dismissed.
8      In accordance with the above, IT IS HEREBY ORDERED that:
9      1.  Plaintiff shall submit, within fourteen days from the date of this order, either a
10 completed application and affidavit in support of his request to proceed in forma pauperis on the
11 form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply
12 with this order will result in a recommendation that this action be dismissed;
13     2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In
14 Forma Pauperis; and
15     3.  No later than July 12, 2016, plaintiff shall show cause why this action should not be
16 dismissed for lack of subject matter jurisdiction.  Failure to establish a proper basis for subject
17 matter jurisdiction will result in a recommendation that this action be dismissed without
18 prejudice.
19 Dated:  June 28, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

23  4 alfaro-brittany1351.inc.osc.nosmj