UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHALLA ALFARO BRITTANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK NA,<br><br>　　　　　Defendant. | No.  2:16-cv-1351 TLN CKD PS<br><br><br>FINDINGS AND RECOMMENDATIONS |

　　　　By order filed June 28, 2016, plaintiff was ordered to show cause why this action should not be dismissed for lack of subject matter jurisdiction.  Plaintiff has not filed a response to the order to show cause.  There being no evident basis for subject matter jurisdiction, the court will recommend that this action be dismissed.

　　　　Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for lack of subject matter jurisdiction.

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

/////

1

within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  July 15, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 alfarobrittany1351.nosmj.57